# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RICHARD ALEXANDER PERALES TREVINO, JR, § § <br> Petitioner, § § <br> v. § <br> § § <br> UNITED STATES OF AMERICA, § <br> Respondent. § § | No. 3:19-cv-02854-E (BT) |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed March 5, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE